AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

PHARMA BASE S.A.
ASPIRATION TRUST REG.,

    Plaintiff,
        V.

**SUMMONS IN A CIVIL CASE**

HVL LLC
HI-VIDOMIN LABORATORIES INC.,

    Defendant.

CASE NUMBER: 07 - 458

TO: (Name and address of Defendant)

HI-VIDOMIN
c/o DELAWARE CORPORATION SERVICES INC.
1220 N. MARKET STREET
WILMINGTON, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PATRICIA S. ROGOWSKI
CONNOLLY BOVE LODGE & HUTZ LLP
P.O. BOX 2207
1007 N. ORANGE STREET
WILMINGTON, DE 19899-2207
302-658-9141

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK [signature]

(By) DEPUTY CLERK

JUL 2 3 2007

DATE

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/26/07 |
| NAME OF SERVER (PRINT) CAREY M SHEA | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED HI-VIDOMIN by SERVING ITS REGISTERED AGENT, DELAWARE CORPORATE SERVICES, AT 1220 N MARKET ST, WILM DE 19899 AT 4:25 PM. PERSON ACCEPTING: CHRIS FARRELL

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/26/07
            Date

Signature of Server

230 N MARKET ST, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.