IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMA BASE S.A. and<br>ASPIRATION TRUST REG.,<br><br>   Plaintiffs,<br><br>v.<br><br>HVL LLC<br>(a.k.a H.V.L. and Douglas Laboratories) and<br>HI-VIDOMIN LABORATORIES, INC.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 07-458 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time in which the defendants may move, answer or otherwise plead in response to the complaint is extended until September 5, 2007.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Patricia Smink Rogowski*<br>Patricia Smink Rogowski (#2632)<br>The Nemours Building<br>1007 North Orange Street<br>Post Office Box 2207<br>Wilmington, DE  19899<br>(302) 658-9141<br>progowski@cblh.com | */s/ Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 North Market Street<br>Post Office Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

Dated: August 15, 2007

SO ORDERED this _____ day of August, 2007.

_____
United States District Court Judge