IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMA BASE S.A. and<br>ASPIRATION TRUST REG.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HVL LLC<br>(a.k.a H.V.L. and Douglas Laboratories) and<br>HI-VIDOMIN LABORATORIES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 07-458 (SLR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James E. Shlesinger and Daniel T. Earle of SHLESINGER, ARKWRIGHT & GARVEY, LLP, 1420 King Street, Suite 600, Alexandria, VA 22314 to represent Defendants HVL LLC and Hi-Vidomin Laboratories, Inc. in this matter.

              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

              */s/ Jack B. Blumenfeld*
              Jack B. Blumenfeld (#1014)
              Julia Heaney (#3052)
              1201 N. Market Street
              P.O. Box 1347
              Wilmington, DE 19899-1347
              (302) 658-9200
              jblumenfeld@mnat.com
              jheaney@mnat.com

              *Attorneys for Defendants*

Date: August 30, 2007

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of

is granted.

Dated: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: AUGUST 29, 2007

James E. Shlesinger
SHLESINGER, ARKWRIGHT & GARVEY, LLP
1420 King Street, Suite 600
Alexandria, VA 22314
(703) 684-5600

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: Aug. 20, 2007

Daniel T. Earle
SHLESINGER, ARKWRIGHT & GARVEY, LLP
1420 King Street, Suite 600
Alexandria, VA 22314
(703) 684-5600

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:.

>Patricia Smink Rogowski, Esquire
>CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on August 30, 2007 upon the following in the manner indicated:

| | |
|---|---|
| Patricia Smink Rogowski, Esquire<br>CONNOLLY, BOVE, LODGE & HUTZ LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| John P. Donahue, Jr., Esquire<br>Chad A. Rutkowski, Esquire<br>WOODCOCK WASHBURN LLP<br>Cira Centre – 12th Floor<br>2929 Arch Street<br>Philadelphia, PA  19104-2891 | *VIA ELECTRONIC MAIL*<br>*and FIRST CLASS MAIL* |

>/s/ Jack B. Blumenfeld
>Jack B. Blumenfeld (#1014)