IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMA BASE SA and ASPIRATION TRUST REG., <br><br> Plaintiffs, <br><br> v. <br><br> HVL LLC and HI-VIDOMIN LABORATORIES, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 07-458-SLR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L. R. 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of John P. Donohue, Jr., Esq. and Chad A. Rutkowski, Esq., of the law firm of Woodcock Washburn LLP, Cira Centre, 12th Floor, 2929 Arch Street, Philadelphia, PA 19104-2891, to represent Plaintiffs in this action.

Respectfully submitted,

Dated: September 20, 2007

Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
Attorneys for Plaintiffs

SO ORDERED this _____ day of _____, 2007.

_____
U.S. District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 12, 2007

                                              Chad A. Rutkowski
                                              Woodcock Washburn LLP
                                              Cira Centre, 12th Floor
                                              2929 Arch Street
                                              Philadelphia, PA 19104-2891
                                              Phone: 215.564.8910
                                              Fax: 215.568.3439
                                              Email: crutkowski@woodcock.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 12, 2007

John P. Donohue, Jr.
Woodcock Washburn
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
Phone: 215-568-3100
Fax: 215-568-3439
donohue@woodcock.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2007, I electronically filed **Motion and Order for Admission Pro Hac Vice – Donohue and Rutkowski** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to

    Jack B. Blumenfeld and Julia Heaney
    Morris Nichols Arsht & Tunnell LLP.

I hereby further certify that on September 20, 2007, I have also served the document(s) on the attorneys of record at the following addresses as indicated:

**Via Electronic Mail and Hand Delivery**
Jack B. Blumenfeld
Julia Heaney
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**Via Electronic Mail and First Class Mail**
James E. Shlesinger
Daniel T. Earle
Shlesinger, Arkwright & Garvey LLP
1420 King Street, Suite 600
Alexandria, VA  22314

By: /s/ Patricia Smink Rogowski
Patricia Smink Rogowski (DE Bar #2632)
Connolly Bove Lodge & Hutz LLP
P.O. Box 2207
1007 N. Orange Street
Wilmington, DE  19899
(302) 658-9141
progowski@cblh.com

565699v1(CB)