IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMA BASE S.A. and <br> ASPIRATION TRUST REG., <br><br> Plaintiffs, <br><br> v. <br><br> HVL LLC (a.k.a. H.V.L. and <br> Douglas Laboratories) and <br> HI-VIDOMIN LABORATORIES, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 07-458 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Initial Disclosures* were caused to be served on October 8, 2007 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL
and FIRST CLASS MAIL**

Patricia Smink Rogowski, Esquire
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

John P. Donahue, Jr., Esquire
Chad A. Rutkowski, Esquire
WOODCOCK WASHBURN LLP
Cira Centre – 12th Floor
2929 Arch Street
Philadelphia, PA  19104-2891

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Julia Heaney (#3052)*

                                        _____

OF COUNSEL:                          Jack B. Blumenfeld (#1014)
                                        Julia Heaney (#3052)
James E. Shlesinger               1201 North Market Street
Daniel T. Earle                     P.O. Box 1347
SHLESINGER, ARKWRIGHT & GARVEY, LLP    Wilmington, DE 19899-1347
1420 King Street, Suite 600         (302) 658-9200
Alexandria, VA 22314               jheaney@mnat.com
                                            *Attorneys for Defendants*

October 9, 2007

1257308

**CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2007 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Patricia Smink Rogowski, Esquire
> CONNOLLY BOVE LODGE & HUTZ LLP

I further certify that I caused to be served copies of the foregoing document on October 9, 2007 upon the following in the manner indicated:

**VIA ELECTRONIC MAIL**

> Patricia Smink Rogowski, Esquire
> CONNOLLY, BOVE, LODGE & HUTZ LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE  19801

> John P. Donahue, Jr., Esquire
> Chad A. Rutkowski, Esquire
> WOODCOCK WASHBURN LLP
> Cira Centre – 12th Floor
> 2929 Arch Street
> Philadelphia, PA  19104-2891

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)