IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMA BASE S.A. and ASPIRATION TRUST REG., <br><br> Plaintiffs, <br><br> v. <br><br> HVL INC. (a.k.a. H.V.L. Inc. and DOUGLAS LABORATORIES) and HI-VIDOMIN LABORATORIES, INC., <br><br> Defendants. | Civil Action No. 07-458-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 9, 2007, true and correct copies of the **Plaintiffs Pharma Base S.A. and Aspiration Trust Reg. Rule 26(a)(1) Initial Disclosures**, were served on the attorneys of record at the following addresses in the following manner:

**VIA E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Julia Heaney
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA E-MAIL AND FIRST CLASS MAIL**
James E. Shlesinger
Daniel T. Earle
Shlesinger, Arkwright & Garvey LLP
1420 King Street, Suite 600
Alexandria, VA 22314

Respectfully submitted,

Dated: October 9, 2007

/s/ Patricia S. Rogowski
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
*Attorney for Plaintiffs*