IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHARMA BASE SA and ASPIRATION TRUST REG., <br> Plaintiffs, <br> v. <br> HVL LLC and HI-VIDOMIN LABORATORIES, INC. <br> Defendants. | Civil Action No. 07-458-SLR |

## DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, plaintiffs Pharma Base SA and Aspiration Trust Reg. and defendants HVL LLC and Hi-Vidomin Laboratories, Inc. hereby dismiss with prejudice all claims and counterclaims. Each party shall bear its own costs, expenses, and fees associated with the prosecution and defense of this action. The Court shall retain jurisdiction over this matter for purposes of enforcing the settlement agreement.

Respectfully submitted,

Dated: April 28, 2008

/s/ Patricia S. Rogowski
Patricia Smink Rogowski (#2632)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Post Office Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141
progowski@cblh.com
Attorneys for Plaintiffs

Of Counsel:
John P. Donohue, Jr.
Chad Rutkowski
Woodcock Washburn LLP
Cira Center, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
(215) 568-3100

Dated: April 28, 2008

/s/ *Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
jblumenfeld@mnat.com
jheaney@mnat.com
Attorneys for Defendants

Of Counsel:
James E. Shlesinger
Daniel T. Earle
Shlesinger, Arkwright & Garvey LLP
1420 King Street, Suite 600
Alexandria, VA  22314